UNITED STATES DISTRICT COURT

Northern District of California

WALTER DELSON,

          Plaintiff,

  v.

WARSZAWA BUILDING PARTNERSHIP,
CAFÉ GRATITUDE LLC,

          Defendants.
_____/

No. C 11-01280 MEJ

**ORDER TO SHOW CAUSE**

Plaintiff Walter Delson initiated the above-captioned matter on March 16, 2011, by filing a Complaint under the Americans with Disabilities Act. On May 2, 2011, Defendant Café Gratitude LLC filed an Answer. Dkt. No. 5. However, Plaintiff subsequently filed a motion to strike Defendant's Answer, arguing that it violated Civil Local Rule 3-4(a) because it listed no contact information for the filing attorney or party. Dkt. No. 6. The Court granted Plaintiff's motion on May 5, 2011. Dkt. No. 7.

On May 17, 2011, Defendant filed a revised Answer, this time including the name of the filer, Henri Norris, and contact information for Café Gratitude. Dkt. No. 9. Plaintiff has now responded with a second motion to strike, arguing that Defendant's revised answer is improper because it is signed by an individual who is not a member of the California Bar. Pursuant to Civil Local Rule 3-9(b), "A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Thus, as it appears that Mr. Norris is not a member of the bar, Defendant's answer is improper. Accordingly, the Court hereby ORDERS Defendant Café Gratitude LLC to show cause why default should not be entered against it for failure to comply with court rules. Defendant shall file a declaration by June 9, 2011, and the Court shall conduct a hearing on June 23, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 26, 2011

                                                _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge