UNITED STATES DISTRICT COURT

Northern District of California

WALTER DELSON,

             Plaintiff,

    v.

WARSZAWA BUILDING PARTNERSHIP,
CAFÉ GRATITUDE LLC,

             Defendants.

_____/

No. C 11-01280 MEJ

**ORDER DISCHARGING TO SHOW
CAUSE**

**ORDER DENYING PLAINTIFF'S
MOTION TO STRIKE**

On May 17, 2011, Defendant Café Gratitude LLC filed a revised Answer to Plaintiff Walter Delson's Complaint. Dkt. No. 9. Plaintiff subsequently filed a motion to strike, arguing that Defendant's revised answer is improper because it is signed by an individual who is not a member of the California Bar. Based on Plaintiff's motion, the Court ordered Defendant to show cause why default should not be entered against it for failure to comply with court rules. Having received Defendant's response, the Court DISCHARGES the order to show cause and DENIES Plaintiff's motion to strike.

**IT IS SO ORDERED.**

Dated: June 10, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California