PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
WALTER DELSON

*Defendants and their counsel listed after the caption.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON, | Case No. C11-1280 MEJ |
| Plaintiff, | Civil Rights |
| v. | |
| WARSZAWA BUILDING PARTNERSHIP; CAFÉ GRATITUDE, LLC; AND DOES 1-10, INCLUSIVE, | CONSENT DECREE AND [PROPOSED] ORDER AS TO DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS |
| Defendants. | |

JASON GONG, Esq.
LAW OFFICE OF JASON G. GONG
2121 N. California Blvd., Ste. 290
Walnut Creek, CA 94596
Telephone: 925/735-3800
Facsimile: 925/735-3801

Attorneys for Defendants
WARSZAWA BUILDING PARTNERSHIP
And CAFÉ GRATITUDE, LLC

//

//

CONSENT DECREE & [PROPOSED] ORDER
AS TO DAMAGES, ATTORNEY FEES,
LITIGATION EXPENSES, AND COSTS
Case No. C11-1280 MEJ

1. Plaintiff WALTER DELSON ("Plaintiff") filed a Complaint in this action on March 16, 2011, to obtain recovery of damages for his discriminatory experiences, denial of access, and denial of his civil rights, and to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California civil rights laws against Defendants WARSZAWA BUILDING PARTNERSHIP and CAFÉ GRATITUDE, LLC (together referred to as "Defendants"), relating to the condition of Defendants' public accommodations as of October 13, 2010, and continuing. Plaintiff has alleged that Defendants violated Title III of the ADA and sections 51, 52, 54, 54.1, 54.3 and 55 of the California Civil Code, and sections 19955 *et seq.* of the California Health & Safety Code by failing to provide full and equal access to their facilities at 1730 Shattuck Avenue, Berkeley, California.

2. Plaintiff and Defendants (Plaintiff and Defendants hereinafter the "Parties") hereby enter into this Consent Decree and Order for the purpose of resolving Plaintiff's claims for damages, attorney fees, litigation expenses, and costs without the need for protracted litigation.

**JURISDICTION:**

3. The Parties to this Consent Decree and Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations

- 2 -

CONSENT DECREE & [PROPOSED] ORDER
AS TO DAMAGES, ATTORNEY FEES,
LITIGATION EXPENSES, AND COSTS
Case No. C11-1280 MEJ

of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 *et seq.*, and pursuant to supplemental jurisdiction for alleged violations of California Health & Safety Code sections 19955 *et seq.*; and California Civil Code sections 51, 52, 54, 54.1, 54.3, and 55.

4. In order to avoid the costs, expense, and uncertainty of protracted litigation, the Parties to this Consent Decree and Order agree to entry of this Consent Decree and Order to resolve Plaintiff's claims for damages, attorney fees, litigation expenses, and costs against Defendants raised in the Complaint filed with this Court. Accordingly, the Parties agree to the entry of this Consent Decree and Order without trial or further adjudication of any issues of fact or law concerning Plaintiff's claims against Defendants.

WHEREFORE, the Parties to this Consent Decree and Order hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

**DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS:**

5. Defendants shall pay to Plaintiff a total of $20,000 for Plaintiff's alleged damages for personal injuries and civil rights violations, with payment to be made to "PAUL L. REIN IN TRUST FOR WALTER DELSON." Defendants agree to deliver payment of Plaintiff's $20,000 damages on or before March 27,

- 3 -

2012. Defendants shall also pay an additional total of $26,635 for Plaintiff's attorney and expert fees, litigation expenses and costs, with payment to be made to "PAUL L. REIN." Defendants agree to deliver a first installment of $3,317.50 in payment for Plaintiff's attorney and expert fees, litigation expenses and costs on or before March 27, 2012; and a second and final installment of $23,317.50 by May 28, 2012. Defendants agree to deliver all payments described in this paragraph to the Law Offices of Paul L. Rein, 200 Lakeside Drive, Suite A, Oakland, CA 94612.

**ENTIRE CONSENT ORDER:**

6. This Consent Decree and Order constitute the entire agreement between the signing Parties on the matters of Plaintiff's damages, attorney fees, litigation expenses, and costs, and no other statement, promise or agreement, either written or oral, made by any of the Parties or agents of any of the Parties that is not contained in this written Consent Decree and Order – other than the Consent Decree and Order as to Injunctive Relief Only -- shall be enforceable regarding the matters described herein. The Parties stipulate that all Parties request that the Court not dismiss the case until injunctive relief is completed and damages, attorney fees, litigation expenses, and costs are paid in full.

## CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:

7. This Consent Decree and Order shall be binding on Plaintiff and upon Defendants and any successors in interest. Defendants have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

## MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF ONLY:

8. Each of the Parties to this Consent Decree and Order understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree and Order, any or all of them will incur, suffer or experience some further loss or damage with respect to the lawsuit which are unknown or unanticipated at the time this Consent Decree and Order is signed. Except for all obligations required in this Consent Decree and Order, the Parties intend that this Consent Decree and Order apply to all such further loss with respect to the lawsuit, except those caused by the Parties subsequent to the execution of this Consent Decree and Order. Therefore, except for all obligations required in this Consent Decree and Order, this Consent Decree and Order shall apply to and cover any and all claims, demands, actions and causes of action by the Parties to this Consent

Decree and Order with respect to the lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section 1542 provides as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.**

9. Except for all obligations required in this Consent Decree and Order and the Consent Decree and Order as to Injunctive Relief Only, each of the Parties to this Consent Decree and Order, on behalf of themselves, their respective agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit.

//

//

//

- 6 -

CONSENT DECREE & [PROPOSED] ORDER
AS TO DAMAGES, ATTORNEY FEES,
LITIGATION EXPENSES, AND COSTS
Case No. C11-1280 MEJ

## TERM OF THE CONSENT DECREE AND ORDER:

10. This Consent Decree and Order shall be in full force and effect for a period of eighteen (18) months after the date of entry of this Consent Decree and Order, or until the injunctive relief contemplated by this Consent Decree and Order is completed and payment for damages, attorney fees, and litigation expenses and costs is made in full, whichever occurs later. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order for eighteen (18) months after the date of this Consent Decree and Order, or until the injunctive relief contemplated by this Consent Decree and Order is completed and payment for damages, attorney fees, and litigation expenses and costs is made in full, whichever occurs later.

## SEVERABILITY:

11. If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

## SIGNATORIES BIND PARTIES:

12. Signatories on the behalf of the Parties represent that they are authorized to bind the Parties to this Consent Decree and Order. This Consent

CONSENT DECREE & [PROPOSED] ORDER
AS TO DAMAGES, ATTORNEY FEES,
LITIGATION EXPENSES, AND COSTS
Case No. C11-1280 MEJ

1  Decree and Order may be signed in counterparts and a facsimile signature shall
2  have the same force and effect as an original signature.
3
4
5  Dated: February 27, 2012            PLAINTIFF WALTER DELSON
6
7                                      _____/s/ Walter Delson_____
                                       WALTER DELSON
8
9
10 Dated: February 27, 2012            DEFENDANT WARSZAWA BUILDING
                                       PARTNERSHIP
11
12                                     By: _____/s/ Andrzej Pieracki_____
13
                                       Print name: ANDRZEJ PIERACKI
14
15                                     Title: owner partner
16
17 Dated: February 27, 2012            DEFENDANT CAFÉ GRATITUDE, LLC
18
19                                     By: _____/s/ Henri E. Norris_____
20                                     Print name: Henri E. Norris
21
                                       Title: Owner
22
23 //
24 //
25
   //
26
27 //
                                       - 8 -
28 _____
   CONSENT DECREE & [PROPOSED] ORDER
   AS TO DAMAGES, ATTORNEY FEES,
   LITIGATION EXPENSES, AND COSTS
   Case No. C11-1280 MEJ

APPROVED AS TO FORM:

Dated: February 27, 2012    LAW OFFICES OF PAUL L. REIN

By: _____
    Catherine Cabalo, Esq.
    Attorneys for Plaintiff
    WALTER DELSON

Dated: February 27, 2012    LAW OFFICE OF JASON G. GONG

By: _____
    Jason Gong, Esq.
    Attorneys for Defendants
    WARSZAWA BUILDING PARTNERSHIP
    and CAFÉ GRATITUDE, LLC

CONSENT DECREE & [PROPOSED] ORDER
AS TO DAMAGES, ATTORNEY FEES,
LITIGATION EXPENSES, AND COSTS
Case No. C11-1280 MEJ

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The Clerk of Court shall close the file.

Dated: ___March 1___, 2012

_____
Honorable MARIA-ELENA JAMES
United States Magistrate Judge

CONSENT DECREE & [PROPOSED] ORDER
AS TO DAMAGES, ATTORNEY FEES,
LITIGATION EXPENSES, AND COSTS
Case No. C11-1280 MEJ